JS-6

William J. Goines, CA Bar No. 61290
goinesw@gtlaw.com
Cindy Hamilton, CA Bar No. 217951
hamiltonc@gtlaw.com
Karen Rosenthal, CA Bar No. 209419
rosenthalk@gtlaw.com
**GREENBERG TRAURIG LLP**
1900 University Avenue 5th Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
MACQUARIE BANK LIMITED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SIGNAL HILL SERVICE, INC., a California corporation and CARPINTERIA OFFSHORE PROJECT PARTNERSHIP, a California Limited Partnership,<br><br>Plaintiffs,<br><br>v.<br><br>MACQUARIE BANK LIMITED, a bank incorporated under the laws of Australia,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM and RELATED CONSOLIDATED ACTION. | Case No.  CV11-01539 MMM (JEMx) (Consolidated with CV11-03984 MMM)<br><br>(Assigned for All Purposes to Honorable Margaret M. Morrow)<br><br>**[PROPOSED] ORDER TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT**<br><br>. |

The Court having considered the Stipulation to Dismiss and Retain Jurisdiction to Enforce Settlement Agreement and Stipulated Judgment, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Amended Complaint of Signal Hill Service, Inc. is hereby dismissed with prejudice;

2. The Complaint of Development Funding Associates, L.L.P. is hereby dismissed with prejudice;

3. The Counterclaim of Macquarie Bank Limited is hereby dismissed without prejudice. Pursuant to Stipulation of the parties, MBL will dismiss its Counterclaim against Signal Hill with prejudice upon completion of the payment terms set forth in the Settlement Agreement; and

4. The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement, including, if necessary, entering the Stipulated Judgment provided as Exhibit A to the Settlement Agreement. The Court's retention of jurisdiction will cease upon the occurrence of one of the following two events: MBL's dismissal with prejudice or entry of the Stipulated Judgment.

Dated: July 16, 2013

*Margaret M. Morrow*

Honorable Margaret M. Morrow
Judge, United States District Court